

FILED

AUG 0 2 2011

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 3:10-CR-38 |
| | ) | JUDGE VARLAN/SHIRLEY |
| **PHILLIP RAY WALLS** | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE: SHERIFF
OR ANY AUTHORIZED CUSTODIAN
THEREOF - GREETING:

We command that you have the body of Phillip Ray Walls, detained in the Knox County Detention Center, under your custody as it is said, under safe and secure conduct before the Judge of our District Court within and for the Eastern District of Tennessee, at the City of Knoxville, Tennessee, on April 5, 2010, at 10:00 a.m., there to be present for an Initial Appearance, or for his case to be otherwise disposed of upon said indictment heretofore returned against him, and each day thereafter until said case is disposed of, and immediately thereafter the said defendant shall be returned to the said Sheriff, at Knox County Detention Center, under safe and secure conduct, and have you then and there this writ.

And as by order of said District Court it is directed, if said Sheriff so directs, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal is hereby ordered and directed to receive said Phillip Ray Walls, into his custody and possession at said Knox

2

County Detention Center, and under safe and secure conduct to have him before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return him to said Knox County Detention Center, under safe and secure conduct and redeliver him to the Sheriff, of Knox County Detention Center.

PATRICIA L. McNUTT, _____ Clerk

By _____
Deputy Clerk

MARSHAL'S RETURN
I have partially executed the within WRIT by receiving the body of PHILIP WAUS on 4/5, 2010 at KCT and delivering to FCO CT on 4/5, 2010.
UNITED STATES MARSHAL
EASTERN DISTRICT OF TENNESSEE
By _____ DUSM

MARSHAL'S RETURN
I have partially executed the within WRIT by receiving the body of PHILIP WAUS on 7/21, 2011 at Irwin Co. and delivering to KCS on 7/21, 2011.
UNITED STATES MARSHAL
EASTERN DISTRICT OF TENNESSEE
By _____ DUSM

3