## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 03, 2011

Ms. Alexandra Hui
U.S. Attorney's Office
800 Market Street
Suite 211
Knoxville, TN 37902

Mr. Theodore Robert Kern
Eshbaugh, Waters, Strange-Boston & Green
800 S. Gay Street
Suite 1600
Knoxville, TN 37929

Re: Case No. 11-5863, *USA v. Phillip Walls, Jr.*
Originating Case No. : 10-00038-001

Dear Sir or Madam,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Linda M. Niesen
Case Manager
Direct Dial No. 513-564-7038

cc: Ms. Patricia L. McNutt
Mr. Phillip Ray Walls Jr.

Enclosure

Case No. 11-5863

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

PHILLIP RAY WALLS, JR.

    Defendant - Appellant

Upon consideration of the motion of Theodore Robert Kern to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be and it hereby is **GRANTED**. The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Leonard Green, Clerk

Issued: August 03, 2011