United States Court of Appeals
For the Sixth Circuit.

**FILED**
AUG 1 0 2011
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

United States of America, )
Plaintiff-Appellee, )
) Case No: 11-5863
vs. )
)
)
Phillip Ray Walls, Jr. )
Defendent-Appellant-Pro-se.

## Motion To dismiss

Comes the defendant, pro-se, and requests this honorable Court to terminate and fully dismiss the above mentioned appeal in said case number. Appellant avers that this appeal would unduly burden the taxpayers and wishes to stop any and all future proceedings regaurding this appeal.

Submitted this 6 day of August, 2011.

Respectfully Submitted,

x _Phillip Ray Walls_
Phillip Ray Walls, Jr.
Appellant, pro-se

Phillip Walls-Jr. #1010281
5001 Maloneyville Rd
Knoxville, Tn 37918

RECEIVED
AUG 10 2011
Clerk, U.S. District Court
Eastern District of Tennessee

Sixth District Court Clerk
800 Market Street
Knoxville, Tn 37902