| PROB 22 [EDTN51] (1/98) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 3:10-CR-00038-001 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Phillip Ray Walls, Jr. | Eastern District of Tennessee | Knoxville |
| | NAME OF SENTENCING JUDGE | |
| (Eastern District of North Carolina) | The Honorable Thomas A. Varlan<br>Chief United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/15/2017 — TO 12/14/2025 |

OFFENSE
Count One: Conspiracy to Manufacture One Hundred (100) or More Marijuana Plants;
Count Two: Manufacture of Fifty (50) or More Marijuana Plants

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that, pursuant to Title 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

January 5, 2018                                          *Thomas A. Varlan*
Date                                                      Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/28/18                                                  *Dever*
Effective Date                                            United States District Judge